**THE HONORABLE BRIAN D. LYNCH**
**CHAPTER 13**
**HEARING DATE: November 18, 2020**
**HEARING TIME: 1:30 P.M.**
**LOCATION: Telephonic**
**RESPONSE DATE: November 12, 2020**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In re: | Case No.: 16-40664-BDL |
|---|---|
| YVONNE INEZ DAVIS, | NOTICE OF AND MOTION FOR DISMISSAL PURSUANT TO 11 U.S.C. § 1307(c) |
| Debtor. | |

## AMENDED NOTICE

**YOU ARE HEREBY NOTIFIED** that a hearing on Trustee's Motion to Dismiss is set as follows:

JUDGE:	 Brian D. Lynch	TIME: 1:30 P.M.
PLACE:	Telephonic	DATE: November 18, 2020
	Dial 1-888-363-4749
	Enter Access Code: 5974828#
	To join the call: Press the # sign again
	Enter Security Code when prompted: 8109#
	Speak your name when prompted

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA  98402
(253) 572-6600

NOTICE AND MOTION FOR DISMISSAL	- 1

**IF YOU OPPOSE** this motion, you must file your written response with the Court Clerk and deliver copies on the undersigned and all interested parties, NOT LATER THAN THE RESPONSE DATE, which is **November 12, 2020**. You should also appear at the time of hearing. If you fail to do so, the Court may enter an order granting the motion without any hearing and without further notice.

## **MOTION**

**COMES NOW**, Michael G. Malaier, the Chapter 13 Trustee and alleges as follows:

1. Debtor filed this case on **February 20, 2016**. The case was confirmed by order of the Court on **August 2, 2016**.

2. Pursuant to the confirmed plan, Debtor is required to make plan payments of **$2,400.00** per month. Debtor is presently delinquent in plan payments in the amount of **$5,505.81**, and the plan is underfunded to complete in the remaining months allowed, supported by the Declaration filed herewith.

3. In addition, Debtor has failed to provide copies of the 2018 and 2019 tax returns to the Trustee.

4. Debtor has defaulted under the terms of the Plan as follows: § 1307(c)(1) unreasonable delay by the debtor that is prejudicial to the creditors, § 1307(c)(6) failure to remit plan payments.

**WHEREFORE** the Trustee prays that this case be dismissed and closed.

NOTICE AND MOTION FOR DISMISSAL     - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA  98402
(253) 572-6600

**DATED** this 2nd day of October, 2020 at Tacoma, Washington.

/s/Michael G/ Malaier

Michael G. Malaier, WSBA# 34729
Chapter 13 Standing Trustee

NOTICE AND MOTION FOR DISMISSAL      - 3

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA  98402
(253) 572-6600

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| In re:<br><br>YVONNE INEZ DAVIS,<br><br>Debtor. | Case No.: 16-40664-BDL<br><br>*PROPOSED*<br>ORDER DISMISSING CHAPTER 13 CASE |

**THIS MATTER** having come before the Court on the Trustee's Motion to Dismiss, due notice of hearing having been given to the Debtor and the attorney for the Debtor; the Debtor having not otherwise responded or appeared, the Court having reviewed the motion and being fully advised in the premises, IT IS HEREBY

**ORDERED** that any funds being held by the Trustee shall be applied to the filing fee, with any remaining balance returned to the Debtor; it is further

**ORDERED** that upon dismissal or conversion, any refund shall be payable to the Debtor and may be forwarded to the Debtor though the attorney's office per 11 U.S.C. 349(b)(3); it is further

ORDER DISMISSING CASE - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

1   **ORDERED** that the above-captioned case be dismissed effective on the date of this

2   Order and the Trustee is directed to administratively close this case and issue Trustee's Final

3   Report to creditors.

///End of Order///

6   Presented by:

8   Michael G. Malaier, WSBA# 34729
    Chapter 13 Standing Trustee

ORDER DISMISSING CASE        - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA  98402
(253) 572-6600